IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | PO-24-5157-GF-JTJ |
|---|---|
| Plaintiff, | VIOLATION: E2029104 |
| vs. | Location Code: M13 |
| CHARLES R. BRISENO, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 5, 2024 is **VACATED**.

DATED this 5th day of December, 2024.

*/s/ John Johnston*
John Johnston
United States Magistrate Judge